# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

STACEY CARTER                                   CIVIL ACTION NO. 23-137-P

VERSUS                                          JUDGE DOUGHTY

STEVE PRATOR, ET AL.                            MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, and after an independent review of the record, including written objections [Doc. No. 9] filed by Petitioner, and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Petitioner's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, on this 17th day of April 2023.

_____

**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**